*Order prepared and submitted by*:
TYLER WIRICK (UT BN 15964)
ALDRIDGE PITE, LLP
374 East 720 South
Orem, UT 84058
Telephone: (858) 750-7600
Telephone (direct): (801) 285-0952
Facsimile: (619) 590-1385
E-mail: twirick@aldridgepite.com

Attorneys for Plaintiff U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ Pass-Through Trust X, its successors and/or assigns

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X, its successors and/or assigns, | **ORDER GRANTING MOTION TO REMAND, REMANDING CASE, AND AWARDING ATTORNEY FEES AND COSTS** |
| Plaintiff(s), | Case No.: 2:19-cv-00611 |
| vs. | |
| PETER NORDBERG, and/or JOHN DOES 1-10, JANE DOES 1-10, | |
| Defendant(s). | **Honorable Evelyn J. Furse** |

BEFORE THIS COURT is Plaintiff U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ Pass-Through Trust X, its successors and/or assigns' *Motion to Remand and Memorandum in Support* [ECF No. 7] (the "Motion to Remand'), with notice having been provided pursuant to the Fed. R. Civ. P. and DUCivR. No objections or oppositions

were timely raised to the pending Motion to Remand, and for good cause existing,

IT IS HEREBY ORDERED, as follows:

Plaintiff's *Motion to Remand to State Court* (Dkt. No. 5) is GRANTED, and this Case is remanded to the District Court of Utah, Third Judicial District, Salt Lake County – Salt Lake City. Furthermore, pursuant to 11 U.S.C. § 1447(c), the Court finds that the Defendant lacked an objectively reasonable basis for removal. Accordingly, Plaintiff is awarded just costs, actual expenses, and attorney fees incurred as a result and shall submit an itemized bill of costs within 14 days of this Order, as provided by DUCivR 54-2.

END OF ORDER

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing Order Granting Motion to Remand and Remanding Case shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Creditor Counsel: twirick@aldridgepite.com,

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Louis Monson
1818 East Bear Claw Circle
Draper, UT 84020

/s/ *Tyler S. Wirick*
Tyler S. Wirick

CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on October 24, 2019, I filed the Order via the CM/ECF system, and I send a copy of the foregoing via first class mail on the following:

Louis Monson
1818 East Bear Claw Circle
Draper, UT 84020

/s/ Bobby Choudhury